UNITED STATES OF AMERICA
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

HANNAH WOOD AND JOHN OGLE,

     Defendants.

Case No. 1:26-cv-2209

Hon.
United States District Judge

_____/

**COMPLAINT**

The Plaintiff, United States of America, for the United States Department of the Treasury, Bureau of the Fiscal Service, acting on behalf of the United States Small Business Administration, upon information and belief, states the following:

1.     This is a civil action brought on behalf of the United States of America and the Court has jurisdiction over this action by virtue of 28 U.S.C. § 1345.

2.     Defendant Hannah Wood resides in Wayland, Michigan, in the County of Allegan, within the jurisdiction of this Court.

3.     Defendant John Ogle resides in Wayland, Michigan, in the County of Allegan, withing the jurisdiction of this Court.

4.     The Special at Apartment 6D, LLC did business in Austin, Texas, in the County of Travis.

5.     The Special at Apartment 6D, LLC has ceased operation.

6.     John Ogle is listed as the Director and Managing Member of The Special at Apartment 6D, LLC, attached hereto as Exhibit 1.

7.      On or about May 4, 2017, the JPMorgan Chase Bank, N.A. made a loan in the amount of $25,000.00 to The Special at Apartment 6D, LLC. A copy of the Line of Credit Note executed by John Ogle and Hannah Wood as members of The Special at Apartment 6D, LLC, is attached hereto as Exhibit 2.

8.      On or about May 4, 2017, Hannah Wood signed the Continuing Guaranty, which makes her individually liable for the debt. A copy of the Continuing Guaranty is attached hereto as Exhibit 3.

9.      On or about May 4, 2017, John Ogle signed the Continuing Guaranty, which makes him individually liable for the debt. A copy of the Continuing Guaranty is attached hereto as Exhibit 4.

10.      Pursuant to the terms of the Authorization dated May 3, 2017, the SBA guaranteed a portion of the loan assigned to JPMorgan Chase Bank, N.A. Copies of the Authorization and Assignment are attached hereto as Exhibit 5.

11.      On November 3, 2021, Defendants, Hannah Wood and John Ogle, individually, and The Special at Apartment 6D, LLC became delinquent and defaulted on the payment of the loan.

12.      On or about August 3, 2022, JPMorgan Chase Bank, N.A. assigned this debt to the United States of America, Small Business Association, attached as Exhibit 6, and incorporated herein.

13.      As of on or around July 28, 2026, Defendants, Hannah Wood, individually, John Ogle, individually, and The Special at Apartment 6D, LLC were indebted to the United States in the amount of $26,773.34, as evidenced by the Certificate of Indebtedness, attached as Exhibit 7, and incorporated herein.

14.      Due demand has been made for payment and Hannah Wood, individually, John Ogle, individually, and The Specials at Apartment 6D, LLC have failed to pay this indebtedness.

15. This amount is a debt to the United States as defined in the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. §§ 3001-3308. See 28. U.S.C. § 3002(3)(B).

WHEREFORE, the United States of America demands judgment against Hannah Wood, individually, and John Ogle, individually, as follows:

a. In the amount of $26,773.34 comprised of $15,887.87 principal, $4,561.06 interest accrued through July 28, 2026, penalty and administrative fees of $6,324.41;

b. Interest to accrue at the rate of 8.75% per annum from July 28, 2026 to date of judgment;

c. Interest from the date of judgment at the legal rate in effect on the date of judgment until paid in full;

d. Filing fees of $405.00, 28 U.S.C. § 2412(a)(2); and

e. For such other relief as this Court may deem just.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Date: July 30, 2026

_____
MEAGAN D. JOHNSON
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI  49501-0208
(616) 456-2404
meagan.johnson@usdoj.gov

3